ANNETTE BEAULIEU *v.* ARTHUR MISTURA

The defendant's "Motion for Review of Appellate Division Denial of Relief Perfecting Appeal on Motion to Review" is dismissed.

*Frank B. Cochran,* in support of the motion.

*Edward F. Reynolds, Jr.,* assistant attorney general, in opposition.

Submitted January 14—decided February 3, 1976

PURDY'S FARM NURSERIES, INC. *v.* PLANNING AND ZONING BOARD OF APPEALS OF THE TOWN OF GREENWICH

The plaintiff's petition for certification for appeal from the Court of Common Pleas in Fairfield County at Stamford is denied.

*Thomas F. Hartch,* in support of the petition.

*William T. Lapcevic,* in opposition.

Submitted January 23—decided February 3, 1976

ROBERT ALTIERI *v.* ZONING BOARD OF APPEALS OF THE TOWN OF OLD SAYBROOK ET AL.

The plaintiff's petition for certification for appeal from the Court of Common Pleas in Middlesex County is denied.

*James D. Reardon,* in support of the petition.

*David M. Royston,* in opposition.

Submitted January 28—decided February 3, 1976